HAZEL HENSCHEL, Respondent, v. FREDERICK B. HENSCHEL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Clarendon Road from East 40th Street to East 49th Street, etc., in the Borough of Brooklyn, City of New York. LOESCH GANZ REALTY CO., INC., Appellant; BROOKLYN UNION GAS COMPANY and CITY OF NEW YORK, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Jay Street from Nassau Street to Fulton Street, etc., Borough of Brooklyn, City of New York. THE CITY OF NEW YORK, Respondent; HENBAR, INC., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN M. COLEMAN, an Attorney and Counselor at Law.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.